UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE SANCHEZ JIMENEZ,

                              Petitioner,

              -against-

DEPT OF JUSTICE,

                              Respondent.

22-CV-4779 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued June 9, 2022, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Jose Sanchez Jimenez may wish to bring in the future.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Jose Sanchez Jimenez at the address listed on the court's docket, and to Young Yil Jo, at 129 N. Marguerita #A, Alhambra CA 91801, which is the address noted on his complaint in 22-CV-4795 (LTS), and note service on the docket.

SO ORDERED.

Dated:    June 9, 2022
            New York, New York

                                   /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                           Chief United States District Judge